Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 22-23984** |
| Darwin Alvin Devore<br>Sandra Denise Devore | **CHAPTER 13** |
| **Debtors** | **Hon. JOEL T. MARKER**<br>Confirmation Hearing: 12/20/22  10:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtors filed a Chapter 13 petition for relief on October 11, 2022 and the First Meeting of Creditors under section 341 was held on November 18, 2022.

   2.  The Trustee projects that the Debtor(s) direct payment(s) to satisfy an auto loan(s) will end within 60-months. The Debtor(s) should provide the Trustee with evidence as to the loan balance(s) as of the petition date, and propose to increase the plan payment by the same amount as the loan repayment once such claims have been paid in full. See In re Kofford, Slip Copy, 2012 WL 6042861 (Bankr. D. Utah Dec. 4, 2012) (Thurman).

3.  The Debtor(s) failed to produce at the 341 Meeting statements from their financial account(s) for the period that covers the petition date (see Fed. R. Bankr. P. 4002(b)(2)(B)).

4.  The Debtor(s) failed to produce at the 341 Meeting evidence of current income (see Fed. R. Bankr. P. 4002(b)(2)(A)) and LR 2083-1(e)(1)(2)(A).

5.  The Debtor(s) must amend the petition to include "alternate name" as an also-known-as.

6.  Schedule A/B fails to fully disclose the following property of the estate: leased 2015 Ford Fusion.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan.  If the Debtors are unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: November 22, 2022                               Lon A. Jenkins
                                                       Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on November 22, 2022:

Darwin Alvin Devore and Sandra Denise Devore, 654 East 1290 North, Tooele, UT  84074

Sandra Denise Devore, 654 East 1290 North, Tooele, UT  84074

JUSTIN O. BURTON, ECF Notification

                                                       /s/ Jennifer Lundgreen